**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Alicia M. Green                              CHAPTER 13

                Debtor(s)

BKY. NO. 25-10210 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Mission Servicing Residential, Inc. and index same on the master mailing list.

    Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
24 Jan 2025, 13:10:27, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: c5befac1c5006fe472379a32d46b0c896416ec0b1c64e0b461a5dbc4834bace8