## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **ALICIA M. GREEN** : **CHAPTER 13**
:
**Debtor** : **NO. 25-10210**

## <u>ORDER</u>

AND NOW, this   3rd           day of    February                , 2025, upon

consideration  of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney

for Debtor, it is hereby ORDERED that the Debtor be granted an extension to **February 13**

**2025** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and

Chapter 13 Plan.

_____
J. PATRICIA M. MAYER