

Computer Aid, Inc.  1390 Ridgeview Drive Allentown, PA 18104  +1 (610) 5305000
Alicia Green  884 Iron Lane Easton, PA 18040

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Alicia Green | Computer Aid, Inc. | | 20093 | 12/01/2024 | 12/14/2024 | 12/20/2024 | |
| | Hours Worked | Gross Pay | Employee Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | | Net Pay |
| Current | 0.00 | 2,500.00 | 0.00 | 844.75 | 0.00 | | 1,655.25 |
| YTD | 1,776.00 | 122,125.05 | 0.00 | 23,138.56 | 5.56 | | 94,764.34 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Bonus | 12/01/2024 - 12/14/2024 | 0 | 0 | 2,500.00 | 10,000.00 | Social Security | 155.00 | 7,333.83 |
| | | | | | | Medicare | 36.25 | 1,715.17 |
| | | | | | | Federal Withholding | 550.00 | 9,196.86 |
| | | | | | | State Tax - PA | 76.75 | 3,626.02 |
| | | | | | | SUI-Employee Paid - PA | 1.75 | 85.49 |
| | | | | | | City Tax - SWTHL | 25.00 | 1,181.19 |
| Earnings | | | | 2,500.00 | 10,000.00 | Employee Taxes | 844.75 | 23,138.56 |

| Employee Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Accident Insurance Post Tax | | 5.56 |
| Employee Post Tax Deductions | 0.00 | 5.56 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 2,500.00 | 118,287.53 |
| Medicare - Taxable Wages | 2,500.00 | 118,287.53 |
| Federal Withholding - Taxable Wages | 2,500.00 | 118,287.53 |

| | Federal | State | Paid Time Off Balances | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | USA Paid Time Off Plan | 0 | 8 | 49 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Fulton | Main Checking | ******4892 | | 1,655.25  USD |



Computer Aid, Inc.   1390 Ridgeview Drive Allentown, PA 18104   +1 (610) 5305000
Alicia Green   884 Iron Lane Easton, PA 18040

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Alicia Green | Computer Aid, Inc. | | 20093 | 12/01/2024 | 12/14/2024 | 12/20/2024 | |
| | Hours Worked | Gross Pay | | Employee Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
| Current | 72.00 | 4,511.54 | | 160.04 | 801.53 | 6.09 | 3,543.88 |
| YTD | 1,848.00 | 126,636.59 | | 4,174.38 | 23,990.09 | 163.90 | 98,308.22 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Bonus | | | 0 | | 10,000.00 | Social Security | 270.23 | 7,604.06 |
| Group Term Life | 12/01/2024 - 12/14/2024 | 0 | 0 | 7.14 | 183.96 | Medicare | 63.20 | 1,778.37 |
| Salary | 12/01/2024 - 12/14/2024 | 72 | 0 | 4,060.34 | 103,631.71 | Federal Withholding | 285.83 | 9,482.69 |
| USPTO | 12/01/2024 - 12/14/2024 | 8 | 56.4 | 451.20 | 13,004.88 | State Tax - PA | 133.59 | 3,759.61 |
| | | | | | | SUI-Employee Paid - PA | 3.16 | 88.65 |
| | | | | | | City Tax - SWTHL | 43.52 | 1,224.71 |
| | | | | | | PA LST - SWTHL | 2.00 | 52.00 |
| Earnings | | | | 4,518.68 | 126,820.55 | Employee Taxes | 801.53 | 23,990.09 |

| Employee Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Insurance | 27.55 | 715.63 | Accident Insurance Post Tax | | 5.56 |
| Medical Insurance EE | 178.15 | 4,594.99 | Supplemental Life Insurance | 6.09 | 158.34 |
| Vision Insurance | 5.11 | 133.01 | | | |
| Wellness Credit EE | -50.77 | -1,269.25 | | | |
| Employee Pre-Tax Deductions | 160.04 | 4,174.38 | Employee Post Tax Deductions | 6.09 | 163.90 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 4,358.64 | 122,646.17 |
| Medicare - Taxable Wages | 4,358.64 | 122,646.17 |
| Federal Withholding - Taxable Wages | 4,358.64 | 122,646.17 |

| | Federal | State | Paid Time Off Balances | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | USA Paid Time Off Plan | 0 | 8 | 49 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Fulton | Main Checking | ******4892 | | 3,543.88 | USD |



Computer Aid, Inc.  1390 Ridgeview Drive Allentown, PA 18104  +1 (610) 5305000
Alicia Green  884 Iron Lane Easton, PA 18040

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Alicia Green | Computer Aid, Inc. | | 20093 | 11/17/2024 | 11/30/2024 | 12/06/2024 | |
| | Hours Worked | Gross Pay | Employee Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | | Net Pay |
| Current | 52.00 | 4,511.54 | 160.04 | 801.54 | 6.09 | | 3,543.87 |
| YTD | 1,776.00 | 119,625.05 | 4,014.34 | 22,343.81 | 157.81 | | 93,109.09 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Bonus | | | 0 | | 7,500.00 | Social Security | 270.24 | 7,178.83 |
| Group Term Life | 11/17/2024 - 11/30/2024 | 0 | 0 | 7.14 | 176.82 | Medicare | 63.20 | 1,678.92 |
| Salary | 11/17/2024 - 11/30/2024 | 52 | 0 | 2,932.34 | 99,571.37 | Federal Withholding | 285.83 | 8,646.86 |
| USPTO | 11/17/2024 - 11/30/2024 | 28 | 56.4 | 1,579.20 | 12,553.68 | State Tax - PA | 133.59 | 3,549.27 |
| | | | | | | SUI-Employee Paid - PA | 3.16 | 83.74 |
| | | | | | | City Tax - SWTHL | 43.52 | 1,156.19 |
| | | | | | | PA LST - SWTHL | 2.00 | 50.00 |
| Earnings | | | | 4,518.68 | 119,801.87 | Employee Taxes | 801.54 | 22,343.81 |

| Employee Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Insurance | 27.55 | 688.08 | Accident Insurance Post Tax | | 5.56 |
| Medical Insurance EE | 178.15 | 4,416.84 | Supplemental Life Insurance | 6.09 | 152.25 |
| Vision Insurance | 5.11 | 127.90 | | | |
| Wellness Credit EE | -50.77 | -1,218.48 | | | |
| Employee Pre-Tax Deductions | 160.04 | 4,014.34 | Employee Post Tax Deductions | 6.09 | 157.81 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 4,358.64 | 115,787.53 |
| Medicare - Taxable Wages | 4,358.64 | 115,787.53 |
| Federal Withholding - Taxable Wages | 4,358.64 | 115,787.53 |

| | Federal | State | Paid Time Off Balances | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | USA Paid Time Off Plan | 0 | 28 | 57 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Fulton | Main Checking | ******4892 | | 3,543.87 USD |



Computer Aid, Inc.  1390 Ridgeview Drive Allentown, PA 18104  +1 (610) 5305000
Alicia Green  884 Iron Lane Easton, PA 18040

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Alicia Green | Computer Aid, Inc. | | 20093 | 11/03/2024 | 11/16/2024 | 11/22/2024 | |
| | Hours Worked | Gross Pay | | Employee Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
| Current | 80.00 | 4,511.54 | | 160.04 | 801.53 | 6.09 | 3,543.88 |
| YTD | 1,724.00 | 115,113.51 | | 3,854.30 | 21,542.27 | 151.72 | 89,565.22 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Bonus | | | 0 | | 7,500.00 | Social Security | 270.23 | 6,908.59 |
| Group Term Life | 11/03/2024 - 11/16/2024 | 0 | 0 | 7.14 | 169.68 | Medicare | 63.20 | 1,615.72 |
| Salary | 11/03/2024 - 11/16/2024 | 80 | 0 | 4,511.54 | 96,639.03 | Federal Withholding | 285.83 | 8,361.03 |
| USPTO | | | 0 | | 10,974.48 | State Tax - PA | 133.59 | 3,415.68 |
| | | | | | | SUI-Employee Paid - PA | 3.16 | 80.58 |
| | | | | | | City Tax - SWTHL | 43.52 | 1,112.67 |
| | | | | | | PA LST - SWTHL | 2.00 | 48.00 |
| Earnings | | | | 4,518.68 | 115,283.19 | Employee Taxes | 801.53 | 21,542.27 |

| Employee Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Insurance | 27.55 | 660.53 | Accident Insurance Post Tax | | 5.56 |
| Medical Insurance EE | 178.15 | 4,238.69 | Supplemental Life Insurance | 6.09 | 146.16 |
| Vision Insurance | 5.11 | 122.79 | | | |
| Wellness Credit EE | -50.77 | -1,167.71 | | | |
| Employee Pre-Tax Deductions | 160.04 | 3,854.30 | Employee Post Tax Deductions | 6.09 | 151.72 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 4,358.64 | 111,428.89 |
| Medicare - Taxable Wages | 4,358.64 | 111,428.89 |
| Federal Withholding - Taxable Wages | 4,358.64 | 111,428.89 |

| | Federal | State | Paid Time Off Balances | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | USA Paid Time Off Plan | 0 | 0 | 85 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Fulton | Main Checking | ******4892 | | 3,543.88  USD |



Computer Aid, Inc.    1390 Ridgeview Drive Allentown, PA 18104    +1 (610) 5305000
Alicia Green    884 Iron Lane Easton, PA 18040

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Alicia Green | Computer Aid, Inc. | | 20093 | 10/20/2024 | 11/02/2024 | 11/08/2024 | |
| | Hours Worked | Gross Pay | Employee Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | | Net Pay |
| Current | 58.00 | 4,511.54 | 160.04 | 801.54 | 6.09 | | 3,543.87 |
| YTD | 1,644.00 | 110,601.97 | 3,694.26 | 20,740.74 | 145.63 | | 86,021.34 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus | | | 0 | | 7,500.00 |
| Group Term Life | 10/20/2024 - 11/02/2024 | 0 | 0 | 7.14 | 162.54 |
| Salary | 10/20/2024 - 11/02/2024 | 58 | 0 | 3,270.74 | 92,127.49 |
| USPTO | 10/20/2024 - 11/02/2024 | 22 | 56.4 | 1,240.80 | 10,974.48 |
| Earnings | | | | 4,518.68 | 110,764.51 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 270.24 | 6,638.36 |
| Medicare | 63.20 | 1,552.52 |
| Federal Withholding | 285.83 | 8,075.20 |
| State Tax - PA | 133.59 | 3,282.09 |
| SUI-Employee Paid - PA | 3.16 | 77.42 |
| City Tax - SWTHL | 43.52 | 1,069.15 |
| PA LST - SWTHL | 2.00 | 46.00 |
| Employee Taxes | 801.54 | 20,740.74 |

### Employee Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Insurance | 27.55 | 632.98 |
| Medical Insurance EE | 178.15 | 4,060.54 |
| Vision Insurance | 5.11 | 117.68 |
| Wellness Credit EE | -50.77 | -1,116.94 |
| Employee Pre-Tax Deductions | 160.04 | 3,694.26 |

### Employee Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Accident Insurance Post Tax | | 5.56 |
| Supplemental Life Insurance | 6.09 | 140.07 |
| Employee Post Tax Deductions | 6.09 | 145.63 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,358.64 | 107,070.25 |
| Medicare - Taxable Wages | 4,358.64 | 107,070.25 |
| Federal Withholding - Taxable Wages | 4,358.64 | 107,070.25 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Paid Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| USA Paid Time Off Plan | 0 | 22 | 85 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Fulton | Main Checking | ******4892 | | 3,543.87 USD |