Menu  Dashboard  Alerts 

**Claimant Name:** Alicia Green

**Claimant User Name:** LORENAL1

**Address:** 884 IRON LN

**City:** EASTON

**State:** PA

**Zip:** 18040

[ Edit Information ]

### ▼ Claim Details

Below are the details of your current benefit claim. You may find more information by clicking the *More Information* link.

| | | | |
|---|---|---|---|
| **Claim #:** | 8690937 | **Claim Effective Date:** | 12/29/2024 |
| **Claim Type:** | Reopen | **Benefit Year End Date:** | 12/27/2025 |
| **Claim Status:** | Regular Active | **Payment Type:** | Direct Deposit |
| **Available Credits:** | $15,730.00 | **Claim Benefit Balance:** | $12,100.00 |
| | | **Benefit Reduction** | 3.20% |
| **Weekly Benefit Amount:** | $605.00 | | |