

Computer Aid, Inc.  1390 Ridgeview Drive Allentown, PA 18104  +1 (610) 5305000
Alicia Green   884 Iron Lane Easton, PA 18040

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Alicia Green | Computer Aid, Inc. | | 20093 | 12/29/2024 | 01/11/2025 | 01/17/2025 | |

| | Hours Worked | Gross Pay | Employee Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 8.00 | 902.31 | 32.01 | 105.17 | 1.22 | 763.91 |
| YTD | 56.00 | 5,413.85 | 192.05 | 894.56 | 7.31 | 4,319.93 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Group Term Life | 12/29/2024 - 12/31/2024 | 0 | 0 | 7.14 | 14.28 | Social Security | 54.40 | 324.64 |
| Salary | 12/29/2024 - 12/31/2024 | 8 | 0 | 451.11 | 3,157.85 | Medicare | 12.72 | 75.92 |
| USPTO | 12/29/2024 - 12/31/2024 | 8 | 56.4 | 451.20 | 2,256.00 | Federal Withholding | 0.00 | 273.68 |
| | | | | | | State Tax - PA | 26.72 | 160.31 |
| | | | | | | SUI-Employee Paid - PA | 0.63 | 3.79 |
| | | | | | | City Tax - SWTHL | 8.70 | 52.22 |
| | | | | | | PA LST - SWTHL | 2.00 | 4.00 |
| Earnings | | | | 909.45 | 5,428.13 | Employee Taxes | 105.17 | 894.56 |

| Employee Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Insurance | 5.51 | 33.06 | Supplemental Life Insurance | 1.22 | 7.31 |
| Medical Insurance EE | 35.63 | 213.78 | | | |
| Vision Insurance | 1.02 | 6.13 | | | |
| Wellness Credit EE | -10.15 | -60.92 | | | |
| Employee Pre-Tax Deductions | 32.01 | 192.05 | Employee Post Tax Deductions | 1.22 | 7.31 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 877.44 | 5,236.08 |
| Medicare - Taxable Wages | 877.44 | 5,236.08 |
| Federal Withholding - Taxable Wages | 877.44 | 5,236.08 |

| | Federal | State | Paid Time Off Balances | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | USA Paid Time Off Plan | 0 | 17 | 232 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Fulton | Main Checking | ******4892 | | 763.91  USD |



Computer Aid, Inc.    1390 Ridgeview Drive Allentown, PA 18104    +1 (610) 5305000
Alicia Green    884 Iron Lane Easton, PA 18040

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Alicia Green | Computer Aid, Inc. | | 20093 | 12/15/2024 | 12/28/2024 | 01/03/2025 | |

| | Hours Worked | Gross Pay | Employee Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 48.00 | 4,511.54 | 160.04 | 789.39 | 6.09 | 3,556.02 |
| YTD | 48.00 | 4,511.54 | 160.04 | 789.39 | 6.09 | 3,556.02 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Group Term Life | 12/15/2024 - 12/28/2024 | 0 | 0 | 7.14 | 7.14 | Social Security | 270.24 | 270.24 |
| Salary | 12/15/2024 - 12/28/2024 | 48 | 0 | 2,706.74 | 2,706.74 | Medicare | 63.20 | 63.20 |
| USPTO | 12/15/2024 - 12/28/2024 | 32 | 56.4 | 1,804.80 | 1,804.80 | Federal Withholding | 273.68 | 273.68 |
| | | | | | | State Tax - PA | 133.59 | 133.59 |
| | | | | | | SUI-Employee Paid - PA | 3.16 | 3.16 |
| | | | | | | City Tax - SWTHL | 43.52 | 43.52 |
| | | | | | | PA LST - SWTHL | 2.00 | 2.00 |
| Earnings | | | | 4,518.68 | 4,518.68 | Employee Taxes | 789.39 | 789.39 |

| Employee Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Insurance | 27.55 | 27.55 | Supplemental Life Insurance | 6.09 | 6.09 |
| Medical Insurance EE | 178.15 | 178.15 | | | |
| Vision Insurance | 5.11 | 5.11 | | | |
| Wellness Credit EE | -50.77 | -50.77 | | | |
| Employee Pre-Tax Deductions | 160.04 | 160.04 | Employee Post Tax Deductions | 6.09 | 6.09 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 4,358.64 | 4,358.64 |
| Medicare - Taxable Wages | 4,358.64 | 4,358.64 |
| Federal Withholding - Taxable Wages | 4,358.64 | 4,358.64 |

| | Federal | State | Paid Time Off Balances | | |
|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | USA Paid Time Off Plan | 0 | 32 | 17 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Fulton | Main Checking | ******4892 | | 3,556.02  USD |



Computer Aid, Inc.  1390 Ridgeview Drive Allentown, PA 18104  +1 (610) 5305000
Alicia Green  884 Iron Lane Easton, PA 18040

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Alicia Green | Computer Aid, Inc. | | | 20093 | 12/01/2024 | 12/14/2024 | 12/20/2024 | |
| | Hours Worked | | Gross Pay | Employee Pre-Tax Deductions | | Employee Taxes | Employee Post Tax Deductions | Net Pay |
| Current | 0.00 | | 2,500.00 | 0.00 | | 844.75 | 0.00 | 1,655.25 |
| YTD | 1,776.00 | | 122,125.05 | 0.00 | | 23,138.56 | 5.56 | 94,764.34 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Bonus | 12/01/2024 - 12/14/2024 | 0 | 0 | 2,500.00 | 10,000.00 | Social Security | 155.00 | 7,333.83 |
| | | | | | | Medicare | 36.25 | 1,715.17 |
| | | | | | | Federal Withholding | 550.00 | 9,196.86 |
| | | | | | | State Tax - PA | 76.75 | 3,626.02 |
| | | | | | | SUI-Employee Paid - PA | 1.75 | 85.49 |
| | | | | | | City Tax - SWTHL | 25.00 | 1,181.19 |
| Earnings | | | | 2,500.00 | 10,000.00 | Employee Taxes | 844.75 | 23,138.56 |

| Employee Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Accident Insurance Post Tax | | 5.56 |
| Employee Post Tax Deductions | 0.00 | 5.56 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 2,500.00 | 118,287.53 |
| Medicare - Taxable Wages | 2,500.00 | 118,287.53 |
| Federal Withholding - Taxable Wages | 2,500.00 | 118,287.53 |

| | Federal | State | Paid Time Off Balances | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | USA Paid Time Off Plan | 0 | 8 | 49 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Fulton | Main Checking | ******4892 | | 1,655.25  USD |



Computer Aid, Inc.  1390 Ridgeview Drive Allentown, PA 18104  +1 (610) 5305000
Alicia Green  884 Iron Lane Easton, PA 18040

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Alicia Green | Computer Aid, Inc. | 20093 | 12/01/2024 | 12/14/2024 | 12/20/2024 | |

| | Hours Worked | Gross Pay | Employee Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 4,511.54 | 160.04 | 801.53 | 6.09 | 3,543.88 |
| YTD | 1,848.00 | 126,636.59 | 4,174.38 | 23,990.09 | 163.90 | 98,308.22 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Bonus | | | 0 | | 10,000.00 | Social Security | 270.23 | 7,604.06 |
| Group Term Life | 12/01/2024 - 12/14/2024 | 0 | 0 | 7.14 | 183.96 | Medicare | 63.20 | 1,778.37 |
| Salary | 12/01/2024 - 12/14/2024 | 72 | 0 | 4,060.34 | 103,631.71 | Federal Withholding | 285.83 | 9,482.69 |
| USPTO | 12/01/2024 - 12/14/2024 | 8 | 56.4 | 451.20 | 13,004.88 | State Tax - PA | 133.59 | 3,759.61 |
| | | | | | | SUI-Employee Paid - PA | 3.16 | 88.65 |
| | | | | | | City Tax - SWTHL | 43.52 | 1,224.71 |
| | | | | | | PA LST - SWTHL | 2.00 | 52.00 |
| Earnings | | | | 4,518.68 | 126,820.55 | Employee Taxes | 801.53 | 23,990.09 |

| Employee Pre-Tax Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Insurance | 27.55 | 715.63 | Accident Insurance Post Tax | | 5.56 |
| Medical Insurance EE | 178.15 | 4,594.99 | Supplemental Life Insurance | 6.09 | 158.34 |
| Vision Insurance | 5.11 | 133.01 | | | |
| Wellness Credit EE | -50.77 | -1,269.25 | | | |
| Employee Pre-Tax Deductions | 160.04 | 4,174.38 | Employee Post Tax Deductions | 6.09 | 163.90 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 4,358.64 | 122,646.17 |
| Medicare - Taxable Wages | 4,358.64 | 122,646.17 |
| Federal Withholding - Taxable Wages | 4,358.64 | 122,646.17 |

| | Federal | State | Paid Time Off Balances | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | USA Paid Time Off Plan | 0 | 8 | 49 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Fulton | Main Checking | ******4892 | | 3,543.88  USD |