Certificate Number: 05781-PAE-DE-039492970

Bankruptcy Case Number: 25-10210



05781-PAE-DE-039492970

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 28, 2025, at 9:27 o'clock AM PDT, Alicia Green completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 28, 2025

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President