### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Alicia M. Green <br> _Debtor_ | CHAPTER 13 |
| Mission Servicing Residential, Inc. <br> _Moving Party_ <br> vs. | NO. 25-10210 PMM |
| Alicia M. Green <br> _Debtor_ | |
| Scott F. Waterman <br> _Trustee_ | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this __7th__ day of __July__, 2025, at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_

Hon. Patricia M. Mayer
United States Bankruptcy Judge