| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-10210-PMM

| | |
|---|---|
| Alicia M. Green | Petition Filed Date: 01/17/2025 |
| 884 Iron Lane | 341 Hearing Date: 03/11/2025 |
| Forks Township  PA   18040 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/25/2025 | $767.00 | | 03/24/2025 | $767.00 | | 04/29/2025 | $1,094.00 | |
| 06/02/2025 | $1,094.00 | | | | | | | |

**Total Receipts for the Period: $3,722.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,266.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,700.00 | $0.00 | $3,700.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,872.81 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $1,316.43 | $0.00 | $0.00 |
| 4 | MERRICK BANK<br>»» 004 | Unsecured Creditors | $1,396.19 | $0.00 | $0.00 |
| 5 | CARVANA, LLC/BRIDGECREST<br>»» 05S | Secured Creditors | $713.00 | $0.00 | $0.00 |
| 6 | CARVANA, LLC/BRIDGECREST<br>»» 05U | Unsecured Creditors | $6,593.61 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Unsecured Creditors | $2,004.16 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $1,567.79 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $1,404.76 | $0.00 | $0.00 |
| 10 | INTERCOASTAL FINANCIAL LLC<br>»» 009 | Unsecured Creditors | $768.34 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $849.56 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $26,604.79 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $857.43 | $0.00 | $0.00 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 013 | Unsecured Creditors | $571.28 | $0.00 | $0.00 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 014 | Unsecured Creditors | $2,608.78 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | JEFFERSON CAPITAL SYSTEMS LLC »» 015 | Unsecured Creditors | $3,560.45 | $0.00 | $0.00 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC »» 016 | Unsecured Creditors | $4,019.93 | $0.00 | $0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC »» 017 | Unsecured Creditors | $682.70 | $0.00 | $0.00 |
| 19 | RESURGENT RECEIVABLES, LLC »» 018 | Unsecured Creditors | $2,434.15 | $0.00 | $0.00 |
| 20 | LOANCARE SERVICING CENTER »» 19A | Mortgage Arrears | $9,370.56 | $0.00 | $0.00 |
| 21 | UNITED STATES TREASURY (IRS) »» 20P | Priority Creditors | $12,719.28 | $0.00 | $0.00 |
| 22 | UNITED STATES TREASURY (IRS) »» 20U | Unsecured Creditors | $2,365.36 | $0.00 | $0.00 |
| 23 | LOANCARE SERVICING CENTER »» 19B | Secured Creditors | $8,153.64 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,266.00 | Current Monthly Payment: | $609.42 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $288.32 | Total Plan Base: | $33,098.00 |
| Funds on Hand: | $3,977.68 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.