UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALICIA GREEN | : CHAPTER 13 |
| | : |
| Debtor(s) | : BANKRUPTCY NO. 25-10210PMM |

## CORRECTIVE ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the Motion to Approve Loan Modification filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor's Motion is GRANTED, and that the Debtor is permitted to modify with Loan Care, LLC and provide the Department of Housing and Urban Development with a Partial Claim in the amount of $24,000.60.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge