United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Alicia M. Green  
      Debtor

Case No. 25-10210-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4  
Date Rcvd: Jan 30, 2026     Form ID: pdf900     Total Noticed: 58

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alicia M. Green, 884 Iron Lane, Forks Township, PA 18040-7205 |
| 14969468 | | LoanCare Llc, Attn: Bankruptcy, Po Box 8068, VA 23452 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 31 2026 01:05:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 31 2026 01:06:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2026 01:04:33 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14971917 | + | Email/Text: bkfilings@zwickerpc.com | Jan 31 2026 01:06:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14976354 | + | Email/Text: bkfilings@zwickerpc.com | Jan 31 2026 01:06:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14969454 | + | Email/PDF: bncnotices@becket-lee.com | Jan 31 2026 01:04:19 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 14969455 | + | Email/PDF: bncnotices@becket-lee.com | Jan 31 2026 01:04:43 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14969457 | + | Email/Text: rm-bknotices@bridgecrest.com | Jan 31 2026 01:06:00 | Bridgecrest Acceptance Corp, Po Box 29018, Phoenix, AZ 85038-9018 |
| 14969456 | + | Email/Text: rm-bknotices@bridgecrest.com | Jan 31 2026 01:06:00 | Bridgecrest Acceptance Corp, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 14970734 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2026 01:04:21 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14969458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2026 01:04:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14969459 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2026 01:04:43 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14978957 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2026 01:04:45 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14969460 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 30, 2026 | Form ID: pdf900 | Total Noticed: 58 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 31 2026 01:04:48 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14969461 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2026 01:04:36 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14969463 | | Email/Text: BNSFN@capitalsvcs.com | Jan 31 2026 01:05:00 | First National Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14969462 | | Email/Text: BNSFN@capitalsvcs.com | Jan 31 2026 01:05:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14969464 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 31 2026 01:05:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14969465 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 31 2026 01:05:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 14984731 | + | Email/Text: gbechakas@outlook.com | Jan 31 2026 01:05:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 14991888 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 31 2026 01:05:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14985010 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 31 2026 01:06:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 14969466 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2026 01:04:22 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14969467 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2026 01:04:21 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14975004 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2026 01:04:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14969469 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 31 2026 01:05:00 | LoanCare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14977691 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 31 2026 01:04:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14969470 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jan 31 2026 01:05:00 | Medical Data Systems (MDS), 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 14969471 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jan 31 2026 01:05:00 | Medical Data Systems (MDS), 1532 Lakeview Dr, Sebring, FL 33870-7957 |
| 14969472 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 31 2026 01:04:19 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14987164 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2026 01:05:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14969474 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2026 01:05:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 14969473 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2026 01:05:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14971959 | ^ | MEBN | Jan 31 2026 00:44:04 | Mission Servicing Residential, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14986091 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2026 01:04:44 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14969476 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2026 01:04:31 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14969475 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2026 01:04:19 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14983420 | | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2026 01:05:00 | Quantum3 Group LLC as agent for, Crown Asset |

District/off: 0313-4 | User: admin | Page 3 of 4
Date Rcvd: Jan 30, 2026 | Form ID: pdf900 | Total Noticed: 58

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14989805 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2026 01:04:33 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14969478 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jan 31 2026 00:57:00 | Sezzle, 251 1st Ave, Minneapolis, MN 55401 |
| 14969477 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jan 31 2026 00:57:00 | Sezzle, Attn: Bankruptcy, Po Box 3320, Minneapolis, MN 55403 |
| 14969480 | ^ MEBN | Jan 31 2026 00:43:54 | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14969479 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:31 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14969481 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:32 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14969482 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:31 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 14969483 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:31 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14969484 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:19 | Synchrony Bank/HHGregg, Po Box 71757, Philadelphia, PA 19176-1757 |
| 14969486 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:20 | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |
| 14969485 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:44 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14969488 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:19 | Synchrony/HSN, Po Box 71740, Philadelphia, PA 19176-1740 |
| 14969487 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:44 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14969490 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:31 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14969489 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2026 01:04:32 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14969491 | + Email/Text: bncmail@w-legal.com | Jan 31 2026 01:05:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14969492 | + Email/Text: bncmail@w-legal.com | Jan 31 2026 01:05:00 | Target NB, Po Box 673, Minneapolis, MN 55440-0673 |
| 14970374 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 31 2026 01:04:44 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14990125 | *+ | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2026              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor Mission Servicing Residential Inc. bkgroup@kmllawgroup.com |
| ELIZA GARIFULLINA | on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| Elizabeth Trachtman | on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| MATTHEW K. FISSEL | on behalf of Creditor Mission Servicing Residential Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Alicia M. Green support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Alicia M. Green<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 25-10210-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 29, 2026**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE