## U.S. BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   **ALICIA M. GREEN**          :   **CHAPTER 13**

                                      :

         **Debtor(s)**                :   **BANKRUPTCY NO. 25-10210PMM**

### ORDER

**AND NOW**, this 25th      day of  February , 2026, upon consideration of Debtor's

Motion to Reconsider Dismissal Order dated January 29, 2026, it is hereby **ORDERED** and

**DECREED** that the Debtor's Motion to Reconsider Dismissal is hereby GRANTED.   The

Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of

Court.

BY THE COURT:

*Patricia M. Mayer*

_____

PATRICIA M. MAYER
US. BANKRUTPCY JUDGE