United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-10210-pmm

Alicia M. Green                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                              User: admin                              Page 1 of 4
Date Rcvd: Feb 25, 2026                        Form ID: pdf900                          Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alicia M. Green, 884 Iron Lane, Forks Township, PA 18040-7205 |
| 14969468 | | LoanCare Llc, Attn: Bankruptcy, Po Box 8068, VA 23452 |

TOTAL: 2


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 26 2026 00:28:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 26 2026 00:29:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 00:30:17 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14971917 | + | Email/Text: bkfilings@zwickerpc.com | Feb 26 2026 00:29:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14976354 | + | Email/Text: bkfilings@zwickerpc.com | Feb 26 2026 00:29:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14969454 | + | Email/PDF: bncnotices@becket-lee.com | Feb 26 2026 00:30:07 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 14969455 | + | Email/PDF: bncnotices@becket-lee.com | Feb 26 2026 00:30:06 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14969457 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 26 2026 00:29:00 | Bridgecrest Acceptance Corp, Po Box 29018, Phoenix, AZ 85038-9018 |
| 14969456 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 26 2026 00:29:00 | Bridgecrest Acceptance Corp, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 14970734 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 00:30:18 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14969458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14969459 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:09 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14978957 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 00:30:18 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14969460 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: pdf900 | Total Noticed: 58 |

| | | | |
|---|---|---|---|
| | | Feb 26 2026 00:40:44 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14969461 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Feb 26 2026 00:40:44 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14969463 | | Email/Text: BNSFN@capitalsvcs.com | |
| | | Feb 26 2026 00:28:00 | First National Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14969462 | | Email/Text: BNSFN@capitalsvcs.com | |
| | | Feb 26 2026 00:28:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14969464 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
| | | Feb 26 2026 00:28:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14969465 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
| | | Feb 26 2026 00:28:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 14984731 | + | Email/Text: gbechakas@outlook.com | |
| | | Feb 26 2026 00:28:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 14991888 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Feb 26 2026 00:29:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14985010 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Feb 26 2026 00:29:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 14969466 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Feb 26 2026 00:30:28 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14969467 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Feb 26 2026 00:30:06 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14975004 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Feb 26 2026 00:30:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14969469 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | |
| | | Feb 26 2026 00:28:00 | LoanCare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14977691 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Feb 26 2026 00:30:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14969470 | + | Email/Text: MDSBankruptcies@meddatsys.com | |
| | | Feb 26 2026 00:28:00 | Medical Data Systems (MDS), 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 14969471 | + | Email/Text: MDSBankruptcies@meddatsys.com | |
| | | Feb 26 2026 00:28:00 | Medical Data Systems (MDS), 1532 Lakeview Dr, Sebring, FL 33870-7957 |
| 14969472 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Feb 26 2026 00:30:18 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14987164 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Feb 26 2026 00:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14969474 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Feb 26 2026 00:29:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 14969473 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Feb 26 2026 00:29:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14971959 | ^ | MEBN | |
| | | Feb 26 2026 00:23:44 | Mission Servicing Residential, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14986091 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 26 2026 00:30:07 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14969476 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 26 2026 00:30:18 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14969475 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 26 2026 00:30:06 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14983420 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Feb 26 2026 00:29:00 | Quantum3 Group LLC as agent for, Crown Asset |

District/off: 0313-4      User: admin      Page 3 of 4

Date Rcvd: Feb 25, 2026      Form ID: pdf900      Total Noticed: 58

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14989805 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 00:30:18 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14969478 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Feb 26 2026 00:28:00 | Sezzle, 251 1st Ave, Minneapolis, MN 55401 |
| 14969477 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Feb 26 2026 00:28:00 | Sezzle, Attn: Bankruptcy, Po Box 3320, Minneapolis, MN 55403 |
| 14969480 | ^ MEBN | Feb 26 2026 00:23:35 | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14969479 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:28 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14969481 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:06 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14969482 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:28 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 14969483 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:17 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14969484 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:28 | Synchrony Bank/HHGregg, Po Box 71757, Philadelphia, PA 19176-1757 |
| 14969486 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:28 | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |
| 14969485 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:06 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14969488 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:06 | Synchrony/HSN, Po Box 71740, Philadelphia, PA 19176-1740 |
| 14969487 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:17 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14969490 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:28 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14969489 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:17 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14969491 | + Email/Text: bncmail@w-legal.com | Feb 26 2026 00:29:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14969492 | + Email/Text: bncmail@w-legal.com | Feb 26 2026 00:29:00 | Target NB, Po Box 673, Minneapolis, MN 55440-0673 |
| 14970374 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 26 2026 00:30:06 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14990125 | *+ | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0313-4                           User: admin                                    Page 4 of 4
Date Rcvd: Feb 25, 2026                        Form ID: pdf900                          Total Noticed: 58

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor Mission Servicing Residential  Inc. bkgroup@kmllawgroup.com |
| ELIZA GARIFULLINA | on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| Elizabeth Trachtman | on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| MATTHEW K. FISSEL | on behalf of Creditor Mission Servicing Residential  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Alicia M. Green support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   ALICIA M. GREEN          :   CHAPTER 13
                                  :
          Debtor(s)               :   BANKRUPTCY NO. 25-10210PMM

**ORDER**

AND NOW, this 25th   day of   February, 2026, upon consideration of Debtor's

Motion to Reconsider Dismissal Order dated January 29, 2026, it is hereby **ORDERED** and

**DECREED** that the Debtor's Motion to Reconsider Dismissal is hereby GRANTED.   The

Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of

Court.

BY THE COURT:

*Patricia M. Mayer*

_____
PATRICIA M. MAYER
US. BANKRUTPCY JUDGE