Alicia M. Green
884 Iron Lane
Forks Township, PA  18040

Case 25-10210-pmm    Doc 73    Filed 03/02/26    Entered 03/02/26 12:12:46    Desc Main
Document      Page 1 of 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Alicia M. Green

Debtor

Chapter 13

Bankruptcy No. 25-10210-PMM

PRAECIPE

TO THE CLERK:

Kindly (re)schedule a Confirmation Hearing on May 14, 2026 at 10:00 A.M. in the

above-captioned matter, with notice to debtor(s), counsel for debtor(s), standing chapter 13

trustee and all creditors.

Respectfully Submitted

Date: March 02, 2026

*/s/ Scott F. Waterman*

Scott F. Waterman, Esq.
Standing Chapter 13 Trustee