United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Alicia M. Green
     Debtor

Case No. 25-10210-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: 160 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alicia M. Green, 884 Iron Lane, Forks Township, PA 18040-7205 |
| 14969468 | | LoanCare Llc, Attn: Bankruptcy, Po Box 8068, VA 23452 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 04 2026 00:46:40 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14971917 | + | Email/Text: bkfilings@zwickerpc.com | Mar 04 2026 00:42:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14976354 | + | Email/Text: bkfilings@zwickerpc.com | Mar 04 2026 00:42:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14969454 | + | Email/PDF: bncnotices@becket-lee.com | Mar 04 2026 00:46:40 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 14969455 | + | Email/PDF: bncnotices@becket-lee.com | Mar 04 2026 00:46:40 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14969457 | + | Email/Text: rm-bknotices@bridgecrest.com | Mar 04 2026 00:42:00 | Bridgecrest Acceptance Corp, Po Box 29018, Phoenix, AZ 85038-9018 |
| 14969456 | + | Email/Text: rm-bknotices@bridgecrest.com | Mar 04 2026 00:42:00 | Bridgecrest Acceptance Corp, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 14970734 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 04 2026 00:46:40 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14969458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2026 00:46:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14969459 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2026 00:46:33 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14978957 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 04 2026 00:46:40 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14969460 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2026 00:57:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14969461 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2026 00:56:56 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14969463 | | Email/Text: BNSFN@capitalsvcs.com | | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 4 |
| Date Rcvd: Mar 03, 2026 | Form ID: 160 | Total Noticed: 56 |

| | | | |
|---|---|---|---|
| | | Mar 04 2026 00:42:00 | First National Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14969462 | | Email/Text: BNSFN@capitalsvcs.com | |
| | | Mar 04 2026 00:42:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14969464 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
| | | Mar 04 2026 00:42:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14969465 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
| | | Mar 04 2026 00:42:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 14984731 | + | Email/Text: gbechakas@outlook.com | |
| | | Mar 04 2026 00:42:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 14991888 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Mar 04 2026 00:42:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14985010 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Mar 04 2026 00:42:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 14969466 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Mar 04 2026 00:46:26 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14969467 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Mar 04 2026 00:46:33 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14975004 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Mar 04 2026 00:46:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14969469 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | |
| | | Mar 04 2026 00:42:00 | LoanCare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14977691 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Mar 04 2026 00:46:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14969470 | + | Email/Text: MDSBankruptcies@meddatsys.com | |
| | | Mar 04 2026 00:42:00 | Medical Data Systems (MDS), 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 14969471 | + | Email/Text: MDSBankruptcies@meddatsys.com | |
| | | Mar 04 2026 00:42:00 | Medical Data Systems (MDS), 1532 Lakeview Dr, Sebring, FL 33870-7957 |
| 14969472 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Mar 04 2026 00:46:33 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14987164 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Mar 04 2026 00:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14969474 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Mar 04 2026 00:42:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 14969473 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Mar 04 2026 00:42:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14971959 | ^ | MEBN | |
| | | Mar 04 2026 00:37:52 | Mission Servicing Residential, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14986091 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 04 2026 00:46:40 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14969476 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 04 2026 00:46:33 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14969475 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 04 2026 00:46:26 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14983420 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Mar 04 2026 00:42:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14989805 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Mar 04 2026 00:46:27 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14969478 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | |

District/off: 0313-4 | User: admin | Page 3 of 4

Date Rcvd: Mar 03, 2026 | Form ID: 160 | Total Noticed: 56

| 14969477 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Mar 04 2026 00:42:00 | Sezzle, 251 1st Ave, Minneapolis, MN 55401 |
| | | Mar 04 2026 00:42:00 | Sezzle, Attn: Bankruptcy, Po Box 3320, Minneapolis, MN 55403 |
| 14969480 | ^ MEBN | Mar 04 2026 00:37:55 | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14969479 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2026 00:46:32 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14969481 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2026 00:46:32 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14969482 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2026 00:46:26 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 14969483 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2026 00:46:32 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14969484 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2026 00:46:32 | Synchrony Bank/HHGregg, Po Box 71757, Philadelphia, PA 19176-1757 |
| 14969486 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2026 00:46:33 | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |
| 14969485 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2026 00:46:32 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14969488 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2026 00:46:32 | Synchrony/HSN, Po Box 71740, Philadelphia, PA 19176-1740 |
| 14969487 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2026 00:46:32 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14969490 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2026 00:46:26 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14969489 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2026 00:46:26 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14969491 | + Email/Text: bncmail@w-legal.com | Mar 04 2026 00:42:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14969492 | + Email/Text: bncmail@w-legal.com | Mar 04 2026 00:42:00 | Target NB, Po Box 673, Minneapolis, MN 55440-0673 |
| 14970374 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 04 2026 00:46:33 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 54

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14990125 | *+ | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-4                          User: admin                                        Page 4 of 4

Date Rcvd: Mar 03, 2026                       Form ID: 160                                        Total Noticed: 56

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026                            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Mission Servicing Residential  Inc. bkgroup@kmllawgroup.com |
| ELIZA GARIFULLINA | on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| Elizabeth Trachtman | on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| MATTHEW K. FISSEL | on behalf of Creditor Mission Servicing Residential  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Alicia M. Green support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Alicia M. Green

    Debtor(s)

Case No: 25–10210–pmm

Chapter: 13

_____

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Court,

    on: 5/14/26

    at: 10:00 AM

    in: Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

and serve counsel for the debtor at least 5 days before the above date.

Dated: March 3, 2026

For The Court

Mohung Wong
Clerk of Court