IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

In re:                                   §                    Chapter 13
                                         §
                                         §
Alicia M. Green,                         §                    Case No. 25-10210 (PMM)
                                         §
                    *Debtor*.            §
                                         §
_____§

## ORDER

      **AND NOW**, after notice and a hearing, and upon consideration of the Objection of Scott F. Waterman, Esquire, Standing Chapter 13 Trustee, to the Debtor's Sixth Amended Chapter 13 Plan (the "Plan"), see doc. # 47, it is hereby **ORDERED** that confirmation of the Plan is **DENIED**.

        .



Date: July 2, 2026

_____
Hon. Patricia M. Mayer,
United States Bankruptcy Judge


Copy to:

Alicia M. Green
884 Iron Lane
Forks Township, PA 18040