United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-10210-pmm

Alicia M. Green                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                Page 1 of 2

Date Rcvd: Jul 02, 2026                   Form ID: pdf900                        Total Noticed: 5

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alicia M. Green, 884 Iron Lane, Forks Township, PA 18040-7205 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 03 2026 00:53:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 03 2026 00:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jul 03 2026 00:54:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 03 2026 00:59:08 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026                          Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:**

District/off: 0313-4                        User: admin                                    Page 2 of 2
Date Rcvd: Jul 02, 2026                     Form ID: pdf900                                 Total Noticed: 5

| Name | Email Address |
| --- | --- |
| ELIZA GARIFULLINA | on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| Elizabeth Trachtman | on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| MATTHEW K. FISSEL | on behalf of Creditor Mission Servicing Residential  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Alicia M. Green support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 13 |
| Alicia M. Green, | § § | Case No. 25-10210 (PMM) |
| *Debtor.* | § § § | |

## **ORDER**

     **AND NOW**, after notice and a hearing, and upon consideration of the Objection of Scott F. Waterman, Esquire, Standing Chapter 13 Trustee, to the Debtor's Sixth Amended Chapter 13 Plan (the "Plan"), see doc. # 47, it is hereby **ORDERED** that confirmation of the Plan is **DENIED**.
.

*Patricia M. Mayer*
_____

Date: July 2, 2026
     Hon. Patricia M. Mayer,
     United States Bankruptcy Judge

Copy to:

Alicia M. Green
884 Iron Lane
Forks Township, PA 18040