UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                  Chapter 13

       Alicia M. Green

                                     Bankruptcy No. 25-10210-PMM

                 Debtor

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 24, 2026**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE