United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-10210-pmm

Alicia M. Green                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                  User: admin                                        Page 1 of 4

Date Rcvd: Jul 24, 2026                           Form ID: pdf900                                Total Noticed: 58

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alicia M. Green, 884 Iron Lane, Forks Township, PA 18040-7205 |
| 14969468 | | LoanCare Llc, Attn: Bankruptcy, Po Box 8068, VA 23452 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 25 2026 01:38:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 25 2026 01:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2026 01:40:58 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14971917 | + | Email/Text: bkfilings@zwickerpc.com | Jul 25 2026 01:38:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14976354 | + | Email/Text: bkfilings@zwickerpc.com | Jul 25 2026 01:38:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14969454 | + | Email/PDF: bncnotices@becket-lee.com | Jul 25 2026 01:40:54 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 14969455 | + | Email/PDF: bncnotices@becket-lee.com | Jul 25 2026 01:40:59 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14969457 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 25 2026 01:38:00 | Bridgecrest Acceptance Corp, Po Box 29018, Phoenix, AZ 85038-9018 |
| 14969456 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 25 2026 01:38:00 | Bridgecrest Acceptance Corp, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 14970734 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2026 01:40:59 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14969458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2026 01:40:54 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14969459 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2026 01:40:58 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14978957 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2026 01:41:04 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14969460 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | |
|---|---|---|---|
| | | Jul 25 2026 01:41:05 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14969461 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2026 01:41:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14969463 | Email/Text: BNSFN@capitalsvcs.com | Jul 25 2026 01:38:00 | First National Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14969462 | Email/Text: BNSFN@capitalsvcs.com | Jul 25 2026 01:38:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14969464 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 25 2026 01:38:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14969465 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 25 2026 01:38:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 14984731 | + Email/Text: gbechakas@outlook.com | Jul 25 2026 01:38:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 14991888 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 25 2026 01:38:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14985010 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 25 2026 01:38:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 14969466 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2026 01:40:59 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14969467 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2026 01:41:04 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14975004 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2026 01:41:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14969469 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 25 2026 01:38:00 | LoanCare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14977691 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 25 2026 01:40:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14969470 | + Email/Text: MDSBankruptcies@meddatsys.com | Jul 25 2026 01:38:00 | Medical Data Systems (MDS), 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 14969471 | + Email/Text: MDSBankruptcies@meddatsys.com | Jul 25 2026 01:38:00 | Medical Data Systems (MDS), 1532 Lakeview Dr, Sebring, FL 33870-7957 |
| 14969472 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 25 2026 01:40:59 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14987164 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2026 01:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14969474 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2026 01:38:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 14969473 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2026 01:38:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14971959 | ^ MEBN | Jul 25 2026 01:32:36 | Mission Servicing Residential, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14986091 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2026 01:40:59 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14969476 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2026 01:40:59 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14969475 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2026 01:41:04 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14983420 | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2026 01:38:00 | Quantum3 Group LLC as agent for, Crown Asset |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14989805 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2026 01:40:55 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14969478 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jul 25 2026 01:38:00 | Sezzle, 251 1st Ave, Minneapolis, MN 55401 |
| 14969477 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jul 25 2026 01:38:00 | Sezzle, Attn: Bankruptcy, Po Box 3320, Minneapolis, MN 55403 |
| 14969480 | ^ | MEBN | Jul 25 2026 01:32:38 | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14969479 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2026 01:40:54 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14969481 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2026 01:41:03 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14969482 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2026 01:40:54 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 14969483 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2026 01:40:54 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14969484 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2026 01:40:58 | Synchrony Bank/HHGregg, Po Box 71757, Philadelphia, PA 19176-1757 |
| 14969486 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2026 01:40:54 | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |
| 14969485 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2026 01:41:03 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14969488 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2026 01:40:59 | Synchrony/HSN, Po Box 71740, Philadelphia, PA 19176-1740 |
| 14969487 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2026 01:41:04 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14969490 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2026 01:40:59 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14969489 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2026 01:41:04 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14969491 | + | Email/Text: bncmail@w-legal.com | Jul 25 2026 01:38:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14969492 | + | Email/Text: bncmail@w-legal.com | Jul 25 2026 01:38:00 | Target NB, Po Box 673, Minneapolis, MN 55440-0673 |
| 14970374 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 25 2026 01:40:58 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14990125 | *+ | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0313-4                    User: admin                                      Page 4 of 4
Date Rcvd: Jul 24, 2026                 Form ID: pdf900                                   Total Noticed: 58

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

**Name**                              **Email Address**

ELIZA GARIFULLINA
                                      on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com

Elizabeth Trachtman
                                      on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com

MATTHEW K. FISSEL
                                      on behalf of Creditor Mission Servicing Residential  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

PAUL H. YOUNG
                                      on behalf of Debtor Alicia M. Green support@ymalaw.com
                                      ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
                                      ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
                                      ECFMail@ReadingCh13.com

United States Trustee
                                      USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13

      Alicia M. Green

                                    Bankruptcy No. 25-10210-PMM

                Debtor

ORDER DISMISSING CHAPTER 13 CASE

      AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

      IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 24, 2026**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE