Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Alicia M. Green
884 Iron Lane
Forks Township, PA 18040

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-10210-PMM**

Petition Filed Date: 01/17/2025
341 Hearing Date: 03/11/2025
Confirmation Date:

Case Status: Dismissed Before Confirmation on 7/24/2026

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $544.00 | | 09/03/2025 | $544.00 | | 10/03/2025 | $544.00 | |
| 11/14/2025 | $601.25 | | 12/19/2025 | $601.25 | | 01/28/2026 | $600.00 | |
| 04/27/2026 | $600.00 | | 05/18/2026 | $601.00 | | 05/28/2026 | $600.00 | |

**Total Receipts for the Period: $5,235.50 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $8,957.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $3,700.00 | $0.00 | $3,700.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,872.81 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $1,316.43 | $0.00 | $0.00 |
| 4 | MERRICK BANK<br>»» 004 | Unsecured Creditors | $1,396.19 | $0.00 | $0.00 |
| 5 | CARVANA, LLC/BRIDGECREST<br>»» 05S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CARVANA, LLC/BRIDGECREST<br>»» 05U | Unsecured Creditors | $6,593.61 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Unsecured Creditors | $2,004.16 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $1,567.79 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $1,404.76 | $0.00 | $0.00 |
| 10 | INTERCOASTAL FINANCIAL LLC<br>»» 009 | Unsecured Creditors | $768.34 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $849.56 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $26,604.79 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-10210-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $857.43 | $0.00 | $0.00 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 013 | Unsecured Creditors | $571.28 | $0.00 | $0.00 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 014 | Unsecured Creditors | $2,608.78 | $0.00 | $0.00 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 015 | Unsecured Creditors | $3,560.45 | $0.00 | $0.00 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 016 | Unsecured Creditors | $4,019.93 | $0.00 | $0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 017 | Unsecured Creditors | $682.70 | $0.00 | $0.00 |
| 19 | RESURGENT RECEIVABLES, LLC<br>»» 018 | Unsecured Creditors | $2,434.15 | $0.00 | $0.00 |
| 20 | LOANCARE SERVICING CENTER<br>»» 019 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | UNITED STATES TREASURY (IRS)<br>»» 20P | Priority Crediors | $12,719.28 | $0.00 | $0.00 |
| 22 | UNITED STATES TREASURY (IRS)<br>»» 20U | Unsecured Creditors | $2,365.36 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,957.50 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $637.61 | Total Plan Base: | $36,010.00 |
| Funds on Hand: | $8,319.89 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.